### STATE OF CONNECTICUT *v.* LOUIS VENA

The state's attorney and counsel for the defendant having requested and stipulated that this court find reversible error because of the charge by the trial court on the definition of "nighttime," and in view of the decision of this court in *State* v. *Bell,* 153 Conn. 540, 219 A.2d 218, it is ordered that, in the appeal from the Superior Court in New Haven County, the judgment be, and hereby is, set aside and a new trial is ordered.

*George R. Tiernan,* state's attorney, on the motion for the state.

*Donald G. Walsh,* on the motion for the defendant.

Submitted October 16—decided October 25, 1967

### JOSEPHINE WILLAMETZ *v.* THE GUIDA–SEIBERT DAIRY COMPANY ET AL.

The motion by the defendants to dismiss the appeal from the Superior Court in Hartford County is granted unless the assignments of error are filed on or before December 11, 1967.

*Manuel B. Clark,* for the appellees (defendants).

*Paul J. McQuillan,* for the appellant (plaintiff).